UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILFREDO GUILLERMO,

                Plaintiff,

vs.                                                                 Civil Action No.:
                                                                 1:21-CV-03007-BCM

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/22

## ORDER

      AND, NOW, this __5__ day of January, 2022, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's motion is due February 9, 2022.  All subsequent deadlines are also extended by thirty (30) days.

Entered: __January 5, 2022__                            _____
                                                                           Barbara Moses
                                                                                 United States Magistrate Judge