**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILFREDO GUILLERMO,

                        Plaintiff,                       21 **CIVIL** 3007 (BCM)

     -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 29, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the administrative law judge will offer plaintiff the opportunity for a new hearing and issue a new decision.

**Dated:**  New York, New York
           May 4, 2022

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                  **BY:**   *K. Mango*
                                                             **Deputy Clerk**